UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMMANUEL JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>CHARLES C. MADDOX,<br><br>    Defendant. | Civil Action No.  00-2743 (JMF) |

FINAL JUDGMENT

In accordance with the accompanying Memorandum Opinion, it is, hereby, **ORDERED** that Plaintiff's Motion for Relief From Judgment [#70] is **DISMISSED.**

**SO ORDERED.**

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

Dated: